**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ENID SCHARL,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWELATH OF PENNSYLVANIA, PENNSYLVANIA PUBLIC UTILITY COMMISSION,<br><br>Defendant. | CIVIL ACTION NO. 1:24-CV-2021<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 30th day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion for summary judgment (Doc. 24) is **GRANTED**;

2. The Clerk of Court shall enter judgment against the plaintiff and in favor of the defendant concerning the plaintiff's claims of gender discrimination and retaliation under Title VII; and

3. The Clerk of Court shall close the case.

Dated: September 30, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge